NO. 03-EV-23-01070

| | | |
|---|---|---|
| **FAEC HOLDINGS 382123 LLC,** *Plaintiff* | § | IN THE JUSTICE COURT |
| VS | § | PRECINCT 3 |
| **STEVE ARRON INVESTMENT, LLC; STEVE A FLORES,** *Defendant,* **AND ALL OCCUPANTS** | § | COLLIN COUNTY, TEXAS |

THE STATE OF TEXAS

TO: Steve Arron Investment LLC
1108 N Greenville Avenue
Ste 103
Allen TX 75002

YOU HAVE BEEN SUED FOR EVICTION FROM YOUR RESIDENCE. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT BUT YOU ARE NOT REQUIRED. <u>YOU AND/OR YOUR ATTORNEY MUST APPEAR BEFORE JUDGE MIKE MISSILDINE, JUSTICE OF THE PEACE FOR PRECINCT 3, LOCATED AT 920 EAST PARK BOULEVARD, STE. 210, PLANO, COLLIN COUNTY, TEXAS ON MAY 03, 2023, AT 10:30 AM.</u>

YOU MAY, BUT ARE NOT REQUIRED TO, FILE A WRITTEN ANSWER WITH THE COURT ON OR BEFORE THE DAY SET FOR TRIAL. UPON TIMELY REQUEST AND PAYMENT OF A JURY FEE NO LATER THAN THREE (3) DAYS BEFORE THE DAY SET FOR TRIAL, THE CASE WILL BE HEARD BY A JURY. DO NOT IGNORE THESE PAPERS. FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V. OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ), OR STATE LAW, INCLUDING SECTION 92.017, TEXAS PROPERTY CODE. CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR IF YOU NEED HELP LOCATING AN ATTORNEY. IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSISTANCE.

DEMANDA PARA DESALOJAR

ESTA DEMANDA PARA DESALOJAR INVOLUCRA PLAZOS INMEDIATOS. UN INQUILINO QUE ESTA EN EL SERVICIO MILITAR ACTIVO PUEDE TENER DERECHOS ESPECIALES O ASISTENCIA EN RELACION CON ESTA DEMANDA BAJO LA LEY FEDERAL, INCLUYENDO LA LEY DE ALIVIO CIVIL A MIEMBROS DEL SERVICIO (50 U.S.C. APP. SECCION 501 Y SS.), O LA LEY DEL ESTADO, INCLUIDA LA SECCION 92.017 DEL CODIGO DE LA PROPIEDAD EN TEXAS. LLAME AL COLEGIO DE ABOGADOS DE TEXAS (STATE BAR OF TEXAS), LLAMADA GRATUITA AL 1-877-9TEXBAR SI USTED NECESITA AYUDA PARA LOCALIZAR A UN ABOGADO. SI NO ESTA A SU ALCANCE CONTRATAR A UN ABOGADO, USTED PUDIERA SER ELEGIBLE PARA ASESORIA LEGAL GRATUITA O DE BAJO COSTO.

TEXAS EVICTION DIVERSION PROGRAM

You may be able to have some of the rent you owe paid and stop your eviction. Find out more about available rental assistance programs in your area at https://www.consumerfinance.gov/coronavirus/mortgage-and-housingassistance/renter-protections/find-help-with-rent-and-utilities/. If there is an available rental assistance program in your area, tell the judge you are interested in participating. To find out more about what to tell the judge and what

**EXHIBIT "A" Pg. 1**

may happen with your eviction, visit www.TexasLawHelp.org or call Texas Legal Services Center for assistance at 855-270-7655.

PROGRAMA DE DESVÍO DE DESALOJO DE TEXAS

Usted podrá ser elegible para recibir asistencia en algunos pagos vencidos de su alquiler y detener su desalojo. Visite el siguiente enlace para mayor información sobre los programas de asistencia para pagos de alquiler disponibles en su localidad   https://www.consumerfinance.gov/coronavirus/mortgage-and-housingassistance/renter-protections/find-help-with-rent-and-utilities/. Si hayprogramas disponibles en su localidad, informe usted al juez que desea participar en alguno de ellos. Puede visitar el siguiente enlace www.TexasLawHelp.org para mayor información sobre qué decir ante el juez y qué puede ocurrir en un proceso de desalojo, o puede llamar al Centro de Servicios Legales de Texas (en inglés, Texas Legal Services Center) al teléfono 855-270-7655.

Plaintiff's Attorney is   Michael S. Martinez, whose address is 4001 Airport Freeway Suite 150 Bedford TX 76021.
ISSUED this the 13th day of April, 2023.

**JUDGE MIKE MISSILDINE**
Justice of the Peace
Precinct 3
Plano, Collin

**EXHIBIT "A" Pg. 2**

Filing reviewed on 4/13/2023 by Scott Grigg

Received
4/13/2023 2:59 PM
Judge Missildine - Precinct 3
Collin County, Texas

CASE NO. 03-EV-23-01070

| | | |
|---|---|---|
| FAEC HOLDINGS 382123 LLC, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>STEVE ARRON INVESTMENT, LLC, §<br>STEVE A FLORES AND, ALL OTHER §<br>OCCUPANTS §<br>*Defendant(s).* | | IN THE JUSTICE COURT<br><br><br>PRECINCT 3<br><br><br>COLLIN COUNTY, TEXAS |

## SWORN COMPLAINT FOR EVICTION

Plaintiff hereby complains of the Defendants named above for eviction of Plaintiff' premises (including storerooms and parking areas) located in the above precinct. Address of the property is: 1108 N Greenville Avenue, Suite 103, Allen, Texas 75002.

1. Defendants' address is located in Collin County, Texas at 1125 Landon Lane, Allen, TX 75013.

2. The property is located within Precinct 3 of Collin County, Texas.

3. Plaintiff has standing in this suit as it owns the real property located at: 1108 N Greenville Avenue, Suite 103, Allen, Texas 75002

4. On November 28, 2014, Pennington Family Fitness, LLC entered into a written rental agreement for the real property (together with all extensions and addendums thereto, the "Lease"). *A copy of the Lease is attached and incorporated herein as Plaintiff's Exhibit A.*

5. On November 1, 2019, Defendant Steve Arron Investments, LLC entered into an assignment of lease agreement with Pennington Family Fitness, LLC for the real property (together with all extensions and addendums thereto, the "Lease"). *A copy of the Lease Assignment is attached and incorporated herein as Plaintiff's Exhibit B.*

---

Sworn Complaint for Eviction                                                                                                     Page 1

**EXHIBIT "A" Pg. 3**

6. As of January 31st, 2022 the Lease has expired and Defendant, since then, has been occupying the Property on a month-to-month basis. Defendant was notified of this month-to-month arrangement on April 11, 2022. *A copy of the notice of month-to-month is attached and incorporated herein as Plaintiff's Exhibit C.*

7. Defendant has violated the terms of the Lease and the Assignment of Lease and is therefore in breach of the terms and conditions of the agreements. Specifically, Defendant is in default of the monthly payments and late fees by the due dates as required under the Lease Agreement and the Assignment of Lease. Defendant failed to pay rent for December 2019 through April 2023. Total delinquent rent as of the date of this filing is $211,012.41.

8. Written notice to vacate, in accordance with the applicable notice requirements of section 24.005, Texas Property Code, and demand for possession was made on March 31st, 2023 by certified mail and email to the tenant. *A copy of the notice to vacate is attached hereto and incorporated herein as Exhibit C.*

9. Defendant refused to surrender possession of the property after the expiration of the notice period which was April 3rd, 2023.

10. Plaintiff seeks applicable costs and attorney's fees pursuant to section 24.006 of the Texas Property Code.

**WHEREFORE**, Plaintiff prays that Defendants be served with citation and that Plaintiff have judgment against Defendants for:

    (a) possession of premises, including removal of Defendants and Defendants' possessions from the premises, and

    (b) court costs and attorney's fees,

(d) interest on the above sums at the rate stated in the Lease, or if not so stated, at the statutory rate for judgments under the Texas Finance Code Chapter 304.

SIGNED on April 13, 2023.

MARTINEZ HSU
A Professional Corporation
4001 Airport Fwy., Ste. 150
Bedford, Texas 76021
T: 682-224-7810
F: 682-730-8998

By: _____
Michael S. Martinez
State Bar No.
msmartinez@mhlegalgroup.com

## VERIFICATION

STATE OF TEXAS §
§
COUNTY OF TARRANT §

BEFORE ME, the undersigned notary public, on this day personally appeared Michael S. Martinez, known to me, who after being duly sworn, upon his oath stated that he is the Agent for Plaintiff FAEC Holdings 382123 LLC in the above-captioned cause; that he has read the foregoing document; and that every statement contained therein is true and correct within his personal knowledge.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 13 day of April, 2023.


ANITA GARCIA
Notary Public, State of Texas
Comm. Expires 12-22-2025
Notary ID 131339736

Notary Public, State of Texas

Sworn Complaint for Eviction                                                                                                      Page 3

**EXHIBIT "A" Pg. 5**